1220

consideration or decision of these petitions.   Reported below: 708 F. 2d 1011.

No. 83–5614.   MAHONEY v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 83–6195.   DOBBERT v. STRICKLAND ET AL.   C. A. 11th Cir.;

No. 83–6326.   SIVAK v. IDAHO.   Sup. Ct. Idaho;

No. 83–6405.   ROUTLY v. FLORIDA.   Sup. Ct. Fla.;

No. 83–6611.   GIBSON v. IDAHO.   Sup. Ct. Idaho; and

No. 83–6653.   PARADIS v. IDAHO.   Sup. Ct. Idaho.   Certiorari denied.   Reported below: No. 83–6195, 718 F. 2d 1518; No. 83–6326, 105 Idaho 900, 674 P. 2d 396; No. 83–6405, 440 So. 2d 1257; No. 83–6611, 106 Idaho 54, 675 P. 2d 33; No. 83–6653, 106 Idaho 117, 676 P. 2d 31.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–7041 (A–1068).   WOOLLS v. TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant the application and the petition.   JUSTICE REHNQUIST took no part in the consideration or decision of this application and petition.

JULY 10, 1984

No. 83–1923.   LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT v. LULING INDUSTRIAL PARK, INC., ET AL. Ct. App. La., 5th Cir.   Certiorari dismissed under this Court's Rule 53.